# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN C. CAMP, JR., | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 15-1651 |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| SUPERINTENDENT GILMORE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Pending before the Court is a Motion for Stay and Abeyance (ECF No. 2) filed by Petitioner indicating that he is currently exhausting his claims in state court. Accordingly, this 18th day of December, 2015,

**IT IS HEREBY ORDERED** that the Motion for Stay and Abeyance (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close this case.

**AND IT IS FURTHER ORDERED** that, in the event that Petitioner does not get the relief he seeks in state court, he shall file a motion to lift the stay and re-open this case within thirty (30) days of exhaustion of his state court remedies.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Allan C. Camp, Jr.
CJ9907
175 Progress Dr.
Waynesburg, PA 15379
*Via First Class U.S. Mail*

1